

MV-1 (8/16) PART 2

## Changing Address?

If you change your residence, cross out the old address on the front of this document and write in your new address. You must notify DMV of your new address within 10 days, using DMV Form MV-232, which is available to download from the DMV web site at www.dmv.ny.gov.

### Restrictions

| | | | |
|---|---|---|---|
| A | ACCEL LEFT OF BRAKE | P | NO PASSENGERS IN CMV BUS |
| A1 | TEMPORARY VISITOR | P1 | POWER BRAKES |
| A2 | PROBLEM DRIVER | Q | POWER STEERING |
| A3 | MED CERT EXEMPT | R | BUILT-UP SEAT/PED/SHOE |
| A4 | IGNITION INTERLOCK DEVICE | U | HAND OPERATED BRAKE |
| B | CORRECTIVE LENSES | V | MEDICAL VARIANCE |
| C | MECHANICAL AID | V1 | FOOT-OPER PARKING BRAKE |
| D | PROSTHETIC DEVICE | X | NO CARGO IN CMV TANK VEH |
| E | NO MAN TRANS EQUIPPED CMV | X1 | FULL HAND CONTROL |
| E1 | AUTOMATIC TRANSMISSION | Y | SHOULDER HARNESS USE |
| F | OUTSIDE MIRROR | Z1 | NO FULL AIRBRAKE EQUIP CMV |
| F1 | HEARING AID OR FULL VIEW MIRROR | 4 | TELESCOPIC LENS 4 |
| G | DAYLIGHT DRIVING ONLY | 5 | NO LIMTD ACCESS RDS |
| H | LIMITED TO EMPLOYMENT | | |
| I | LIMITED USE AUTO MAX 40 MPH | | |
| I1 | LIMTD USE MCY MAX 40 MPH | | Endorsements |
| I2 | LIMTD USE MCY MAX 30 MPH | F | FARM CLASS A VEHICLES |
| I3 | LIMTD USE MCY MAX 20 MPH | G | FARM CLASS B VEHICLES |
| 14 | THREE WHEEL MCY | H | HAZARDOUS MATERIALS |
| K | CDL INTRASTATE ONLY | M | METAL COIL |
| L | NO AIRBRAKE EQUIPPED CMV | N | TANK VEHICLES |
| M | NO CLASS A PASSENGER VEH | P | PASSENGER TRANSPORT |
| N1 | NO CLASS A/B PASSENGER VEH | R | RV GVWR OVER 26,000 LBS. |
| N2 | NO VEHICLE DESIGNED FOR 15 OR MORE ADULT PASSENGERS | S | SCHOOL BUS |
| O | NO VEHICLE DESIGNED FOR 8 OR MORE ADULT PASSENGERS | T | DOUBLES/TRIPLES |
| O1 | NO TRACTOR/TRAILER CMV | W | TOW TRUCK |
| | TRUCK NOT OVER 26,000 GVWR | X | TANK/HAZMAT |

(FOLD ALONG THIS LINE)

---

**NYS Department of Motor Vehicles**

**THIS TEMPORARY DOCUMENT IS NOT VALID FOR IDENTIFICATION PURPOSES**

**INTERIM PERMIT**

I2946881         JAN 29 2019
WEB   Fee   17.50   WEB   CDA

Original Issuance Date 09/11/17



235022

---

**NYS Department of Motor Vehicles**

**INTERIM PERMIT**

Class D      Restrictions B
Endorsements            NONE
Status terminates on    0█/██/2█
Probation Date          NONE
This document expires on   03/30/19

BETHPAGE            NY   11714
Sex  F     Eyes BR       Ht. 5 0
Birthdate   XX/XX/XX
Additional Restrictions  NONE

Sign Here  X_____

Keep this document until you receive your Photo Document
MV-1 (8/16) PART 2

(FOLD ALONG THIS LINE)

---

**NEW YORK STATE DEPARTMENT OF MOTOR VEHICLES**
Visit us at dmv.ny.gov

**CUSTOMER RECEIPT**
**INTERIM PERMIT**

Class    D
DOB     XX/XX/XX               F
JAN 29 2019  WEB   17.50   WEB   CDA

This Temporary Document is not Valid for Identification Purposes

MV-1 (8/16) PART 4