# Boutin, Christopher (SUF)

| | |
|---|---|
| **From:** | Boutin, Christopher (SUF) |
| **Sent:** | Sunday, January 13, 2019 7:05 PM |
| **To:** | Coller, Joshua (SUF) |
| **Subject:** | FW: Discovery Request: Commonwealth v. Ousame Bah/ |

Case: Commonwealth v. Ousame
Dkt: 1801CR002758
NCD: 1/18/19 – Pretrial

Josh,

I received a link for a security video from Apple's Loss Prevention, but I'm not able to open it from work. Would you be able to save a copy of this video to "M:\Boutin, Christopher\Bah, Ousame\Video"? Thank you in advance.

https://apple.box.com/s/544wkr3hjcsuqid7pz5d1zidhyralqe3

---

**Christopher Boutin**
Suffolk County District Attorney's Office
Boston Municipal Court – Central Division
One Bulfinch Place, Suite 4-33
Boston, MA 02114

p. (617) 619-4058
f. (617) 619-4060

**From:** lp_police_requests@apple.com [mailto:lp_police_requests@apple.com]
**Sent:** Thursday, November 15, 2018 6:38 PM
**To:** Boutin, Christopher (SUF)
**Cc:** Sonny Borihanh
**Subject:** Fwd: Discovery Request: Commonwealth v. Justin Emery

Hi ADA Boutin,

I was able to locate a clip of a theft from the store that was saved at that time. I have included it in the secure link below. If you would like a copy of the incident report that was created which lists the theft items, you can subpoena that information from our Legal Department. They can be contacted via their email address lawenforcement@apple.com. If you have any questions, please do not hesitate to ask.

https://apple.box.com/s/544wkr3hjcsuqid7pz5d1zidhyralqe3

Sincerely,

Daniel Maxfield
Apple Retail Loss Prevention
lossprevention@apple.com
408 783-9575

This transmission may be privileged and may contain confidential information intended only for the recipient(s) named above. Transaction Journals, Video footage, and/or Images are for the viewing of Law Enforcement Officials Only. Any other distribution, re-transmission, copying or disclosure of this message, including the contents herein, is strictly prohibited. If you have received this transmission in error, please notify me immediately by telephone or return email, and delete this message from your system.

*The attached video/images are the property of Apple Inc. and is intended for law enforcement use only. The video/images should not be disseminated outside of law enforcement without the expressed written consent of Apple Inc.*

**From:** "Boutin, Christopher (DAA)" <christopher.boutin@state.ma.us>
**Subject: Discovery Request: Commonwealth v. Justin Emery**
**Date:** August 29, 2018 at 3:30:15 PM PDT
**To:** "'lossprevention@apple.com'" <lossprevention@apple.com>

| | |
|---|---|
| Case: | Commonwealth v. Ousame Bah |
| Dkt: | 1801CR002758 |
| Loc: | 815 Boylston Street |
| | Boston, MA 02116 |
| Inc Date: | 05/31/18 at ~4:36 PM |

To whom it may concern,

Good evening, I'm the ADA assigned to this case and I was hoping to get a copy of the security footage for this incident. The defendant stole an Apple Pen at the location above on 05/31/18 around 4:36 PM. Additionally, I wanted to know if there was an itemized list detailing the cost of the specific item taken? Please let me know if you need any additional information. Thank you in advance.

**Christopher Boutin**
Assistant District Attorney

2

Suffolk County District Attorney's Office
Boston Municipal Court – Central Division
One Bulfinch Place, Suite 4-35
Boston, MA 02114

p. (617) 619-4058
f. (617) 619-4060

