# EXHIBIT 3

**From:** "John Woodruff" <jwoodruff@sis.us>
**To:** "john.reinhold@nypd.org" <john.reinhold@nypd.org>
**Subject:** Apple Theft- Ousmane Bah
**Date:** Thu, 15 Nov 2018 13:55:43 -0500
**Importance:** Normal
**Attachments:** PERP_BAG.jpg; PERP.jpg; PERP_PHONE.jpg; PERP_POCKETS.jpg

---

Hi John,

   The below individual is known to us as Ousmane Bah. He has been hitting Apple stores for quite a few months now and doesn't seem to be stopping. I am not sure if you have a contact with our Apple LP district managers but I recently heard from an Apple manager at Staten Island that you were trying to ID him. I can give u whatever I have on his cases and losses we have experienced if you have not already gotten it. Looks like he hits from Connecticut to south Jersey. Feel free to reach out to me anytime.

856-520-3154


---------- Forwarded message ---------
From: <info@metrorca.org>
Date: Thu, Nov 8, 2018 at 5:56 PM
Subject: METRORCA Alert Staten Island, Region - MetroNYCLongIsland, Theft,Greater Than $1000,Concealment
To: <Jwoodruff@sis.us>


# Incident

### Store Type(s) Affected*:
**Please select at least one.**

[X] Specialty Store

### Type of Offense(s):
[X] Theft

### Methods Used:
**[X]** Concealment

### Total Case Value:
[X] > $1000

### Repeat Offender(s):
[X] Yes

### Individuals Involved: *

| Race | Age | Weight | Height |
|---|---|---|---|
| [X] African American | [X] 18-25 | [X] 100-120 | [X] 5'7-5'11 |

### Description of the incident. *
The Staten Island Grand Larceny Squad is endeavoring to identify the photographed male

perpetrator above. The
above individual did remove store merchandise from Apple Store on October 22, 2018 and October 24, 2018. Apple Store is located in the Staten Island Mall, 2655 Richmond Avenue in the confines of the 121 precinct. Anyone with information regarding
this case, please contact the undersigned at 718-876-7662.

## Description of the people involved.

Male Black observed to be wearing a black "Atlanta Falcons" jacket.

## Description of the vehicle(s) involved.


## Date / Time of the Incident:

Date: 10/22/2018   Approximate Time:  3 pm

## Incident Location:

2655 RICHMOND AVENUE

**City:**
Staten Island

**State:**
NY

**County**:                NY-Richmond  **Zip Code:**
MetroNYCLongIsland                     10314

## Suspect's Name:


## Attach any photos / files:




## Police Report # / Internal Case:

## Officer or Person that took the report:

## Submitter's Full Name:
john reinhold
## Company / Organization Name:
nypd
## Best Contact Number:
718-876-7662
## Email Address:
john.reinhold@nypd.org

Tracking Number: 201800685

To remove yourself from this mailing list, click here
--
John Woodruff
Loss Prevention Specialist
Security Industry Specialists, Inc. (SIS) -------------------------------------------------------------------------Los Angeles * New York * San Jose * Seattle * Brazil800.201.3742 Office856.520.3154 Mobile