**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| OUSMANE BAH,<br><br>                            Plaintiff,<br><br>v.<br><br>APPLE INC. and SECURITY INDUSTRY SPECIALISTS, INC.,<br><br>                            Defendants. | Case No. 1:21-cv-10897-RGS<br><br>**MOTION FOR ADMISSION *PRO HAC VICE* OF ATTORNEY CARRIE H. COHEN** |

Pursuant to Massachusetts Local Rule 83.5.3(e)(2) of the Local Rules of the United States District Court for the District of Massachusetts, Julie O'Neill, a member in good standing of the Bar of the Commonwealth of Massachusetts and the United States District Court for the District of Massachusetts, moves for the *pro hac vice* admission of Carrie H. Cohen, a member of the New York State Bar, to this Court for the purpose of representing Defendant Apple Inc. ("Apple") in the above-captioned matter, and states as follows:

1.     Ms. Cohen is a Partner at Morrison & Foerster LLP.  Her business address is 250 West 55th Street, New York, New York 10019-9710.  Her office telephone is (212) 468-8000.

2.     Ms. Cohen is a member in good standing of the New York Bar.  There are no disciplinary proceedings pending against her as a member of the bar in any jurisdiction.  *See* Declaration of Carrie H. Cohen, attached as Exhibit A.

3.     Ms. Cohen is familiar with the applicable provisions of the Local Rules of the United States District Court for the District of Massachusetts, and agrees to comply with them.

4.     Ms. O'Neill will continue to represent Apple if this Motion is granted.

WHEREFORE, counsel for Apple respectfully requests that Carrie H. Cohen be admitted to practice before this Court *pro hac vice*, for the purpose of appearing as counsel for Apple in the above referenced proceeding in accordance with the Rules of this Court.

Respectfully submitted,

Dated: June 22, 2021

MORRISON & FOERSTER LLP

By: /s/ Julie O'Neill
    Julie O'Neill
    200 Clarendon Street
    Boston, MA 02116
    Telephone: 617-648-4700
    Email: JONeill@mofo.com

*Counsel for Defendant Apple Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of June 2021, I caused a true and correct copy of the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to all counsel of record, pursuant to Rule 5.4(c) of the Local Rules of the United States District Court for the District of Massachusetts.

/s/ Julie O'Neill
Julie O'Neill
*Counsel for Defendant Apple Inc.*