# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| OUSMANE BAH,<br><br>                               Plaintiff,<br><br>v.<br><br>APPLE INC. and SECURITY INDUSTRY SPECIALISTS, INC.,<br><br>                               Defendants. | Case No. 1:21-cv-10897-RGS |

**DECLARATION OF CARRIE H. COHEN IN SUPPORT OF
MOTION FOR ADMISSION *PRO HAC VICE***

I, Carrie H. Cohen, depose and state as follows:

1. I am an attorney who is admitted to practice law in the State of New York.

2. I am a resident of New York.

3. I am a Partner at Morrison & Foerster LLP.  My business address is 250 West 55th Street, New York, New York 10019-9710.

4. I am a member in good standing and duly licensed and admitted to practice in the jurisdiction stated above.

5. I have never been suspended or disbarred in a jurisdiction, and there are no disciplinary actions pending against me in any federal or state court.

6. I have not had a *pro hac vice* admission to this Court (or other admission for a limited purpose under this Rule) revoked for misconduct.

7. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts, and agree to comply with them.

8. If the Court allows the Motion for me to appear *pro hac vice* in this matter, I will represent Defendant Apple Inc. in this proceeding until the final determination thereof, and with reference to all matters, incidents or proceedings, I agree that I shall be subject to the orders and to the disciplinary action and the civil jurisdiction of the Court in all respects as if I were regularly admitted.

9. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Signed under the penalties of perjury on this 22nd day of June, 2021.

_____
Carrie H. Cohen
MORRISON & FOERSTER LLP
250 West 55th Street
New York, NY 10019-9710
Telephone: (212) 468-8000
Email: ccohen@mofo.com

2