UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

OUSMANE BAH,
    Plaintiff

v.

Docket No. 1:21-cv-10897

APPLE INC. and
SECURITY INDUSTRY
SPECIALISTS, INC.,
    Defendants

### PARTIES' JOINT REQUEST FOR BRIEFING SCHEDULE
### (MOTION TO DISMISS AND FOR RULE 11 SANCTIONS)

    Regarding the PENDING Motions of Defendant Security Industry Specialists, Inc. ("SIS") to Dismiss the Plaintiff's Complaint, as well as Defendant SIS' Motion for Sanctions (Rule 11), the parties represent as follows:

1. On August 9, 2021, SIS filed a Motion to Dismiss the Complaint and a Motion for Sanctions. (ECF Nos. 12-13, 16-17, respectively.) Plaintiff's current deadline to oppose SIS's motions is August 23, 2021.

2. Apple executed a waiver of service of the Complaint setting forth a deadline to respond to the Complaint on or before September 10, 2021. Defendant Apple intends to file a Motion to Dismiss and Motion for Sanctions.

3. As many of the arguments in SIS's and Apple's (collectively "Defendants") Motions to Dismiss overlap, Plaintiff seeks to file a single Omnibus Memorandum in Opposition to both Defendants' Motions to Dismiss, as he has submitted in two other jurisdictions in which he filed substantially similar claims. Plaintiff also seeks to file a single Omnibus Memorandum in Opposition to both Defendants' Motions for Sanctions.

4. In the interest of efficiency, the parties therefore respectfully request that this Court establish the following Motion and briefing schedule to allow Plaintiff to file a single Omnibus Memorandum in Opposition to Defendants' respective Motions to Dismiss, a single Omnibus Memorandum in Opposition to Defendants' respective Motions for Sanctions, and to set the deadlines related to Defendants' respective Motions on the same schedule, as follows:

Filing of Defendant Apple's Motions to Dismiss and for Sanctions:	August 20, 2021

Filing of Plaintiff's Oppositions to Motions to Dismiss and for Sanctions:	September 10, 2021

Filing of Defendants' Reply Briefs (if any):	September 24, 2021

5. The parties represent that such a schedule will ensure an orderly process for this Court's consideration of the Defendants' respective motions.

| CERTIFICATE OF SERVICE |
| --- |
| **I, Daniel Malis, Esq.**, attorney for the Plaintiff, hereby certify that I have given notice of the foregoing pleading by forwarding a copy to counsel for the Defendants by CM/ECF.<br><br>*[signature]*<br><br>Daniel Malis, Esq.<br>8/20/2021 |

Plaintiff,
By his attorney,

*[signature]*

_____
Daniel Malis, Esq.,  BBO # 315770
MALIS|LAW
30 2nd Street
Cambridge, MA  02141
(617) 491-1099
daniel.malis@malislaw.com

Dated:  August 20, 2021

| | |
|---|---|
| Defendant Apple, Inc.<br>By Its Attorneys,<br><br>*/s/ Katie L. Viggiani, Esq.*___<br>Julie O'Neill, Esq.<br>Carrie H. Cohen (*pro hac vice*)<br>Katie L. Viggiani (*pro hac vice*)<br><br>MORRISON FOERSTER, LLP<br>200 Clarendon Street<br>Boston, MA 02115<br><br>250 West 55th Street<br>New York, NY 10019<br>(212) 468-8000<br>joneill@mofo.com<br>ccohen@mofo.com<br>kviggiani@mofo.com<br><br>Dated:  August 19, 2021 | Defendant Security Industry Services, Inc.<br>By its attorneys,<br><br>*/s/ Paul Michienzie, Esq.*_____<br>Paul Michienzie, Esq.<br>Noah Rabin, Esq,<br>Michienzie & Sawin, LLC<br>745 Boylston Street<br>Boston, MA  02116<br>(617) 227-5660<br>pm@masatlaw.com |