UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

OUSMANE BAH,
    Plaintiff

v.

Docket No. 1:21-cv-10897-RGS

APPLE, INC. and
SECURITY INDUSTRY
SPECIALISTS, INC. ,
    Defendants

**PLAINTIFF'S MOTION FOR LEAVE TO FILE
OMNIBUS MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANTS'
MOTIONS TO DISMISS IN EXCESS OF 20 PAGES**

Pursuant to Local Rule 7.1, Plaintiff seeks leave of this Court to file one Omnibus Opposition to both Defendants' Motions to Dismiss, which are based upon identical arguments, and further, that he be granted leave for said Opposition to be in excess of 20 pages.

As grounds therefore, Plaintiff states that the opposition is based upon the extensive factual allegations of his 38 page complaint in this matter, and is densely factually based; that Defendants' Motions, including Motions for Sanctions, would be dispositive of this claim if allowed; that legal argument in the brief is limited to only 13 pages; that the omnibus Opposition is submitted in place of two separate oppositions, which would have entitled the Plaintiff to 40 pages of combined arguments; and that the Omnibus opposition would simplify the Court's analysis and response to the Defendants' Motions.

Plaintiff, on similar grounds, further moves for leave of Court to file one Omnibus Opposition to Defendants' Motions for Sanctions, on similar grounds.

                                      Plaintiff,
                                      By His Attorney,

                                      /s/ Daniel Malis

                                      Daniel Malis, Esq.
                                      BBO #315770
                                      LAW OFFICES OF DANIEL MALIS, PC
                                      30 Second Street
                                      Cambridge, MA  02141
                                      (617) 491-1099
                                      daniel.malis@malislaw.com

Date:   September 10, 2021

## CERTIFICATE OF SERVICE

      Plaintiff, through counsel, certifies under pains and penalties of perjury that Plaintiff has served a copy of the foregoing pleading upon the parties of record via CM/ECF on the above date.

                                      /s/ Daniel Malis

                                      Daniel Malis, Esq.