UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Ousmane Bah

    Plaintiff

  v.                                                                             Civil Action No. 1:21-10897-RGS

Apple, Inc. and
Security Industry Specialists, Inc.

    Defendants

ORDER OF DISMISSAL

September 27, 2021

STEARNS, D.J.

In accordance with the court's Memorandum and Order [Dkt # 44] entered on September 27, 2021, granting defendants' motions to dismiss, it is ORDERED that the above-entitled action be, and hereby is, dismissed.

By the court,

/s/ Arnold Pacho
Deputy Clerk