UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

OUSMANE BAH,

      Plaintiff,                                  **Docket No:** 1:21-cv-10897-RGS

  -against-

APPLE, INC.
and SECURITY INDUSTRY SPECIALISTS, INC.,

      Defendants.
_____/

## **NOTICE OF APPEAL**

Notice is hereby given that OUSMANE BAH, the Plaintiff in the above-named matter, hereby appeals to the United States Court of Appeals for the First Circuit from the Order [D.E. 46] entered in this action on the 27th day of September, 2021.

Dated: October 25, 2021

                                                      Respectfully submitted,

                                                      Daniel Malis, Esq.
                                                      BBO #315770
                                                      MALIS|LAW
                                                      30 Second Street
                                                      Cambridge, MA  02141
                                                      (617) 491-1099
                                                      daniel.malis@malislaw.com
                                                      ***Attorney for Plaintiff***

## CERTIFICATE OF SERVICE

I certify that on the 25th of October 2021, service was made of a copy of the foregoing Notice of Appeal via CM/ECF upon counsel of record.

Respectfully submitted,

Daniel Malis, Esq.
BBO #315770
MALIS|LAW
30 Second Street
Cambridge, MA  02141
(617) 491-1099
daniel.malis@malislaw.com
*Attorney for Plaintiff*