# United States Court of Appeals
## For the First Circuit

No. 21-1868

OUSMANE BAH,

Plaintiff - Appellant,

v.

APPLE INC.; SECURITY INDUSTRY SPECIALISTS, INC.,

Defendants - Appellees.

**JUDGMENT**

Entered: January 5, 2022
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of stipulation, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b) with each party to bear its own costs.

Mandate to issue forthwith.

By the Court:

Maria R. Hamilton, Clerk

cc:
Daniel P. Tarlow
Daniel Malis
James Reid Sigel
Paul Michienzie
Richard E. Bennett